UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
RICHARD JANIGAN, JR., et al.            )
                                        )
            Plaintiffs,                 )
       v.                               )   Civil Action No. 07-0508 (PLF)
                                        )
GREGORY A. PAYNE, *et al*.,             )
                                        )
            Defendants.                 )
_____)


**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1), F.R.Civ.P., Defendant, the District of Columbia, by and through undersigned counsel, hereby respectfully request a thirty (30) day enlargement of time – to May 9, 2007 – to respond to the complaint herein.

The complaint in this case was filed on March 16, 2007, and served on Defendant District of Columbia on December 19, 2007.  The response to the complaint is currently due on April 9, 2007.

The District needs additional time to determine representation for the individually named defendants.  There are four individual defendants sued in their official capacity, which requires the District government to secure letters of representation from each of them, review their claims, and determine representation.  This is a time consuming process, especially if the District government determines that some of these individual defendants are retired or otherwise no longer employed by the District.

Additionally, due to the complexity of this matter and counsel's obligations in other matters, counsel requests an additional thirty (30) days enlargement of time to May 9, 2007, to

prepare a meaningful response to the complaint. Counsel has conferred with Plaintiff's counsel regarding the relief sought by this motion, and Plaintiff's counsel has graciously consented to the relief requested.

Accordingly, an enlargement of time to respond to the complaint – to May 9, 2007 – is respectfully requested.

                Respectfully submitted,

                LINDA SINGER
                Acting Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                /s/ Ellen A. Efros
                ELLEN A. EFROS
                Chief, Equity I

                /s/ Denise J. Baker
                DENISE J. BAKER
                Assistant Attorney General
                441 Fourth Street, N.W., Suite 6S079
                Washington, D.C. 20001
                (202) 442-9887 (telephone)
                (202) 727-3625 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2007, true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically with the Court for ECF service upon:

Cyril V. Smith
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202

Carlos T. Angulo

Zuckerman Spaeder, LLP
1800 M Street. N.W. Suite 1000
Washington D.c. 20036-5802

Rene H. Reixach
Woods Oviatt Gilman, LLP
700 Crossroads Building
2 State Street
Rochester NY 14614

Ron M Landsman
200-A Monroe Street, Suite 110
Rockville MD 20850-4412

                                                /s/ Denise J. Baker
                                                DENISE J. BAKER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD JANIGAN, JR., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-0508 (PLF) |
| ) | |
| GREGORY A. PAYNE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

3. Consent of the parties.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Ellen A. Efros
    ELLEN A. EFROS
    Chief, Equity I

    /s/ Denise J. Baker
    DENISE J. BAKER
    Assistant Attorney General
    441 Fourth Street, N.W., Suite 6S079
    Washington, D.C. 20001
    (202) 442-9887 (telephone)
    (202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICHARD JANIGAN, JR., et al. | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 07-0508 (PLF) |
| GREGORY A. PAYNE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration Defendant District of Columbia 's Consent Motion for Extension of Time to Respond to Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, and no opposition thereto, it is this _____day of _____, 2007,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendant may respond to the complaint on or before May 9, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

Cyril V. Smith
Zuckerman Spaeder, LLP

100 East Pratt Street, Suite 2440
Baltimore, MD 21202

Carlos T. Angulo
Zuckerman Spaeder, LLP
1800 M Street. N.W. Suite 1000
Washington D.c. 20036-5802

Rene H. Reixach
Woods Oviatt Gilman, LLP
700 Crossroads Building
2 State Street
Rochester NY 14614

Ron M Landsman
200-A Monroe Street, Suite 110
Rockville MD 20850-4412