**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RICHARD JANIGAN, JR., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 07-0508 (PLF) |
| | ) | |
| GREGORY A. PAYNE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S ERRATUM TO CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

On March 28, 2007, Counsel for the District of Columbia filed a Consent Motion for Extension of Time to Respond to the Complaint. The Motion, as drafted, incorrectly stated that "[T]he complaint in this case was filed on March 16, 2007, and served on Defendant District of Columbia on December 19, 2007." (*See* Motion at page 1). In fact, the complaint was received by the District of Columbia on March 19, 2007, not on December 19, 2007.

Accordingly, this Erratum corrects the reference to the time that the complaint was received by the District of Columbia to March 19, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER

        Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March 2007, true copies of the foregoing Errata, was filed electronically with the Court for ECF service upon:

Cyril V. Smith
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202

Carlos T. Angulo
Zuckerman Spaeder, LLP
1800 M Street. N.W. Suite 1000
Washington D.c. 20036-5802

Rene H. Reixach
Woods Oviatt Gilman, LLP
700 Crossroads Building
2 State Street
Rochester NY 14614

Ron M Landsman
200-A Monroe Street, Suite 110
Rockville MD 20850-4412

/s/ Denise J. Baker
DENISE J. BAKER