**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————     )
RICHARD JANIGIAN, JR., et al.     )
                                  )     Civil No. 07-0508 (PLF)
              Plaintiffs,         )
                                  )
        v.                        )
                                  )
GREGG A. PANE, et al.             )
                                  )
              Defendants.         )
———————————————————     )

## MOTION FOR ADMISSION *PRO HAC VICE* FOR RON M. LANDSMAN

I, Cyril V. Smith, acting pursuant to Local Rule 83.2(d), move the Court to admit Ron M. Landsman for the limited purpose of appearing and participating in this action as co-counsel with me and in support state as follows:

1.     I am a member in good standing of the bar of this Court and the attorney of record in this action for the Plaintiffs;

2.     Mr. Landsman is a member in good standing of the Bar of the State of Maryland and the District of Columbia;

3.     Mr. Landsman is a partner in the law firm of Ron M. Landsman, P.A. and is co-counsel for the Plaintiffs in this matter;

4.     Mr. Landsman's mailing address is 200-A Monroe Street, Suite 110, Rockville, Maryland 20850.  His telephone number is (240) 403-4300, ext. 101;

A declaration by Mr. Landsman and a proposed order for admitting Mr. Landsman is attached hereto.

Dated: April 24, 2007

Respectfully submitted,

Cyril V. Smith, Esq.
Bar No. 413941
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444 Telephone
(410) 659-0436 Fax
csmith@zuckerman.com

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RICHARD JANIGIAN, JR., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 07-0508 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| GREGG A. PANE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF RON M. LANDSMAN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Ron M. Landsman, hereby declare, pursuant to Local Rules 83.2(d), the following facts

in support of the Motion for Admission *Pro Hac Vice* submitted by Cyril V. Smith, co-counsel

for Plaintiffs, in the above-captioned case:

1.    My full name is Ronald Mark Landsman;

2.    My office address and telephone number are as follows:

    Ron M. Landsman, P.A.
    200-A Monroe Street, Suite 110
    Rockville, MD 20850
    (240) 403-4300;

3.    I am a member of good standing of the Bars of the State of Maryland and the

District of Columbia;

4.    I have not been disciplined by either of those Bars; or by any other bar;

5.    I have not been admitted *pro hac vice* in this Court within the last two years;

6.    I do not practice law from an office located in the District of Columbia;

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2007

Ron M. Landsman
D.C. Bar No. 209452
RON M. LANDSMAN, P.A.
200-A Monroe Street, Suite 110
Rockville, Maryland 20850-4412
(240) 403-4300 Telephone
(240) 403-4301 Fax
RML@ronmlandsman.com

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD JANIGIAN, JR., et al.    ) | |
|                          ) | Civil No. 07-0508 (PLF) |
|              Plaintiffs,   ) | |
|                          ) | |
|      v.                    ) | |
|                          ) | |
| GREGG A. PANE, et al.       ) | |
|                          ) | |
|             Defendants.   ) | |

## ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* FOR RON M. LANDSMAN

On consideration of the Motion for Admission *Pro Hac Vice* for Ron M. Landsman, filed

with this Court by Cyril V. Smith, and for good cause shown, it is hereby

ORDERED, that Ron M. Landsman be admitted specifically for the limited purpose of

appearing and participating in this case as co-counsel for Plaintiffs.


Signed this _____ day of _____, 2007.


                                  _____

                                  HON. PAUL L. FRIEDMAN

                                  UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD JANIGIAN, JR., et al. ) | |
| ) | Civil No. 07-0508 (PLF) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| GREGG A. PANE, et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE
### FOR THE MOTION FOR ADMISSION *PRO HAC VICE* FOR RON M. LANDSMAN

I hereby certify that the Motion For Admission Pro Hac Vice for Ron M. Landsman was

served this 25th day of April, 2007, on all parties, via first class mail, as follows:

**GREGG A. PANE**
in his capacity as Director of the
Department of Health for the
District of Columbia
825 North Capital Street, N.E.
Washington, D.C. 20002,

**ROBERT COSBY**
in his capacity as Director of the
Medical Assistance Administration
for the District of Columbia
825 North Capital Street, N.E.
5th Floor
Washington, D.C. 20002,

**BRIAN WILBON**
in his capacity as Interim Director
of the Department of Human Services
for the District of Columbia
64 New York Avenue, N.E.
6th Floor
Washington, D.C. 20002,

**SHARON COOPER-DELOATCH**
in her capacity as Acting Administrator
of the Income Maintenance Administration
for the District of Columbia
645 H Street, N.E.
Washington, D.C. 20002,

    -and-

**THE DISTRICT OF COLUMBIA**
c/o Attorney General for the
District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004,

*Attorneys for Defendants*

_____
                 Rachel S. Martin