UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD JANIGAN, JR., et al. | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action No. 07-0508 (PLF) |
| GREGORY A. PAYNE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1), F.R.Civ.P., Defendant, the District of Columbia, by and through undersigned counsel, hereby respectfully request an enlargement of time – to June 8, 2007 – to respond to the complaint herein.

The complaint in this case was filed on March 16, 2007. Several obstacles caused additional delay in responding to the complaint in a timely manner. First, individually named defendants had not executed representation letters. Plaintiffs counsel has also advised Defense counsel that Plaintiffs will shortly be filing an amended complaint, and efficiency dictates that Defendants not be required to answer the original complaint when an amended complaint will shortly be filed.

Counsel has conferred with Plaintiff's counsel regarding the relief sought by this motion, and Plaintiff's counsel has graciously consented to the relief requested.

Accordingly, an enlargement of time to respond to the complaint – to June 8, 2007 – is respectfully requested.

Respectfully submitted,

1307448.1

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2007, true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically with the Court for ECF service `upon:

Cyril V. Smith
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202

Carlos T. Angulo
Zuckerman Spaeder, LLP
1800 M Street. N.W. Suite 1000
Washington D.c. 20036-5802

Rene H. Reixach
Woods Oviatt Gilman, LLP
700 Crossroads Building
2 State Street
Rochester NY 14614

Ron M Landsman
200-A Monroe Street, Suite 110

Rockville MD 20850-4412

/s/ Denise J. Baker
DENISE J. BAKER

1307448.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICHARD JANIGAN, JR., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 07-0508 (PLF) |
| | ) | |
| GREGORY A. PAYNE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

3. Consent of the parties.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

4

1307448.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD JANIGAN, JR., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-0508 (PLF) |
| ) | |
| GREGORY A. PAYNE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration Defendant District of Columbia's Consent Motion for Extension of Time to Respond to Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, and no opposition thereto, it is this _____ day of _____, 2007,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendant may respond to the complaint on or before June 8, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

Cyril V. Smith
Zuckerman Spaeder, LLP

100 East Pratt Street, Suite 2440
Baltimore, MD 21202

Carlos T. Angulo
Zuckerman Spaeder, LLP
1800 M Street. N.W. Suite 1000
Washington D.c. 20036-5802

Rene H. Reixach
Woods Oviatt Gilman, LLP
700 Crossroads Building
2 State Street
Rochester NY 14614

Ron M Landsman
200-A Monroe Street, Suite 110
Rockville MD 20850-4412