UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD JANIGIAN, JR., et. al.**       ) | |
| ) | |
| Plaintiffs,       ) | Case No.: 07 CV 508 |
| ) | Judge Paul L. Friedman |
| v.       ) | |
| ) | |
| **THE DISTRICT OF COLUMBIA, et. al.,** ) | |
| ) | |
| Defendants.       ) | |
| ) | |
| _____) | |

### DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO ENLARGE TIME WITHIN WHICH TO FILE RESPONSE TO COMPLAINT

Pursuant to F.R.Civ.P. 6(b)(1), Defendants, through the undersigned counsel, respectfully request an enlargement of time – to June 22, 2007 – to respond to the complaint herein.

Parties previously agreed on Defendant's extension to respond to the complaint to June 8, 2007. However, due to the complexity of this matter, new counsel joining representation of the Defendants, and counsel's obligations in other matters, counsel requests an enlargement of time to June 22, 2007, to prepare a meaningful response to the complaint. Counsel has conferred with Plaintiffs' counsel regarding the relief sought by this motion, and Plaintiffs' counsel has graciously consented to the relief requested.

Accordingly, an enlargement of time to respond to the complaint – to June 22, 2007 – is respectfully requested.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

        /s/ Ellen A. Efros
        ELLEN A. EFROS [250746]
        Chief, Equity I

        /s/Denise Baker
        DENISE BAKER
        Assistant Attorney General

        /s/ Jayme B. Kantor
        JAYME B. KANTOR [488502]
        Assistant Attorney General
        441 Fourth Street, N.W., 6th Floor South
        Washington, D.C. 20001
        (202) 724-7726 (telephone)
        (202) 727-3625 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June, 2007, true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically with the Court for ECF service upon:

Cyril Smith, Esq.
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
csmith@zuckerman.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD JANIGIAN, JR., et. al.** ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07 CV 508 |
| ) | Judge Paul L. Friedman |
| v. ) | |
| ) | |
| **THE DISTRICT OF COLUMBIA, et. al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION TO ENLARGE TIME
TO RESPOND TO THE COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

3. Consent of the parties.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Ellen A. Efros
        ELLEN A. EFROS [250746]
        Chief, Equity I

        /s/Denise Baker
        DENISE BAKER
        Assistant Attorney General

        /s/ Jayme B. Kantor
        JAYME B. KANTOR [488502]
        Assistant Attorney General
        441 Fourth Street, N.W., 6th Floor South
        Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD JANIGIAN, JR., et. al.** ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07 CV 508 |
| ) | Judge Paul L. Friedman |
| v. ) | |
| ) | |
| **THE DISTRICT OF COLUMBIA, et. al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## **ORDER**

Upon consideration of the Consent Motion to Enlarge Time within Which to File Response to Complaint on, the memorandum of points and authorities filed in support thereof, and the entire record in this matter, it is, by the Court, this _____ day of _____, 2007,

ORDERED: that the Motion is GRANTED, and it is;

FURTHER ORDERED:  that the Defendants have until June 22, 2007, to respond to the Complaint.

_____
Judge Paul L. Friedman

Copies to:

Jayme Kantor
Assistant Attorney General
Civil Litigation Division—Equity I Section
441 4th Street, N.W.
6th Floor, South
Washington, D.C. 20001
Jayme.Kantor@dc.gov

Denise Baker
Assistant Attorney General
Civil Litigation Division—Equity I Section
6th Floor, South
Washington, D.C. 20001
Denise.Baker@dc.gov

Cyril Smith, Esq.
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
csmith@zuckerman.com