IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD JANIGIAN, JR., *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>GREGG A. PANE, *et al.*,<br><br>    Defendants. | Civil Action No. 1:07-cv-00508<br>Judge Paul L. Friedman |

## CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SEEK CLASS CERTIFICATION

Pursuant to Rule 23.1(b) of the Local Rules of Civil Procedure of the U.S. District Court for the District of Columbia, Plaintiffs Richard Janigian, Jr., by his attorney-in-fact Paul Janigian, and Linda Anderson, by her conservator, Kathy Mancusi, hereby move the Court for an extension of time until August 15, 2007, within which to file a motion to certify a Plaintiff class in this case. Defendants have consented to this motion, the grounds for which are set forth in the accompanying memorandum of law. A proposed order is also attached.

Dated:   June 7, 2007.                              Respectfully submitted,

*[signature]*
Cyril V. Smith
D.C. Bar No. 413941
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332-0444
(Fax) (410) 659-0436
csmith@zuckerman.com

1339601.1

Carlos T. Angulo
D.C. Bar No. 446639
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-5802
(202) 778-1800
(Fax) (202) 822-8106
cangulo@zuckerman.com


Ron M. Landsman
D.C. Bar No. 209452
RON M. LANDSMAN, P.A.
200-A Monroe Street, Suite 110
Rockville, Maryland 20850-4412
(240) 403-4300, ext. 101
(Fax) (240) 403-4301
RML@ronmlandsman.com


René H. Reixach
WOODS OVIATT GILMAN LLP
700 Crossroad Building
2 State St.
Rochester, New York 14614
(585) 987-2858
Fax:  (585) 987-2958
Rreixach@WoodsOviatt.Com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7 day of June, 2007, true copies of the foregoing Motion and accompanying Memorandum of Points and Authorities and proposed Order were filed electronically with the Court for ECF service upon:

Jayme Kantor
Assistant Attorney General
Civil litigation Division – Equity I Section
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
Jayme.Kantor@dc.gov

*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD JANIGIAN, JR., *et al.*, ) | |
| ) | Civil Action No. 1:07-cv-00508 |
| ) | Judge Paul L. Friedman |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| GREGG A. PANE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SEEK CLASS CERTIFICATION

Plaintiffs Richard Janigian, Jr., by his attorney-in-fact Paul Janigian, and Linda Anderson, by her conservator, Kathy Mancusi, submit this memorandum of law in support of their consent motion, pursuant to Local Civil Rule 23.1(b) for an extension of time until August 15, 2007, within which to file a motion to certify a Plaintiff class in this case.

Local Civil Rule 23.1(b) states that a plaintiff that files an action sought to be maintained as a class action has 90 days from the date of the filing of the complaint to move for class certification, "unless the court in the exercise of its discretion has extended this period." In this case, Plaintiffs filed their original class action complaint on March 16, 2007, and Plaintiffs' therefore would ordinarily be required to move for class certification on or before June 14, 2007. Plaintiffs request an extension of the Local Civil Rule 23.1(b) deadline such that they may file their class certification motion on or before August 15, 2007. Defendants have consented to this motion.

Good cause exists for the Court to exercise its discretion and to extend the class

1339665.1

certification motion deadline. Defendants have yet to answer Plaintiffs' complaint – which answer was originally due in mid-April -- and recently moved for a second extension of the answer date to June 22, 2007, a motion to which Plaintiffs consented and which this Court granted on June 6, 2007. Accordingly, none of the timetables for initial scheduling conferences and orders under Fed. R. Civ. P. 16 and 26 have even begun to run, and as a result, under Local Rule 26.2, Plaintiffs are prohibited from taking any discovery from Defendants, including on issues related to class certification. *See* Local Rule 26.2 (noting that except in limited circumstances, "a party may not seek discovery from any sources before the parties have conferred as required by [Fed. R. Civ. P. 26(f)].") Plaintiffs expect to take discovery related to class certification issues at the first available opportunity. Requiring Plaintiffs to adhere to the June 15 deadline and to file a motion for class certification without the benefit of this discovery would work an undue hardship on Plaintiffs and would waste judicial resources, given that the Court would likely postpone consideration of the class certification motion in any event to allow for appropriate discovery. *See* Local Rule 23.1 (noting that a court considering a class certification may postpone its ruling "pending discovery or other appropriate preliminary proceedings.")

Assuming that Defendants answer the Plaintiffs' complaint on June 22 and respond in a timely manner to any discovery served by Plaintiffs shortly thereafter, Plaintiffs believe they can file a class certification motion by August 15 and therefore request that the Local Rule 23.1 deadline by extended through that date. As noted above, Plaintiffs' counsel has conferred with counsel for the Defendants and can represent to the Court that Defendants consent to Plaintiffs' motion.

1339665.1

Dated: June 7, 2007.                                  Respectfully submitted,

*/s/ Cyril V. Smith* RSM
Cyril V. Smith
D.C. Bar No. 413941
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332-0444
(Fax) (410) 659-0436
csmith@zuckerman.com


Carlos T. Angulo
D.C. Bar No. 446639
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-5802
(202) 778-1800
(Fax) (202) 822-8106
cangulo@zuckerman.com


Ron M. Landsman
D.C. Bar No. 209452
RON M. LANDSMAN, P.A.
200-A Monroe Street, Suite 110
Rockville, Maryland 20850-4412
(240) 403-4300, ext. 101
(Fax) (240) 403-4301
RML@ronmlandsman.com

3

1339665.1

4

René H. Reixach
WOODS OVIATT GILMAN LLP
700 Crossroad Building
2 State St.
Rochester, New York 14614
(585) 987-2858
Fax: (585) 987-2958
Rreixach@WoodsOviatt.Com

*Attorneys for Plaintiffs*

1339665.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **RICHARD JANIGIAN, JR.**<br>by his attorney-in-fact,<br>**PAUL JANIGIAN**<br>8007 Carroll Avenue<br>Takoma Park, Maryland 20912<br><br>  -and-<br><br>**LINDA ANDERSON**<br>by her conservator,<br>**KATHY MANCUSI**<br>4423 Lehigh Road, #433<br>College Park, Maryland 20740<br><br>       on behalf of themselves and<br>       all others similarly situated,<br><br>       Plaintiffs<br><br>  v.<br><br>**GREGG A. PANE**<br>in his capacity as Director of the<br>Department of Health for the<br>District of Columbia<br>825 North Capital Street, N.E.<br>Washington, D.C. 20002,<br><br>**ROBERT COSBY**<br>in his capacity as Director of the<br>Medical Assistance Administration<br>for the District of Columbia<br>825 North Capital Street, N.E.<br>5th Floor<br>Washington, D.C. 20002,<br><br>**BRIAN WILBON**<br>in his capacity as Interim Director<br>of the Department of Human Services<br>for the District of Columbia<br>64 New York Avenue, N.E.<br>6th Floor<br>Washington, D.C. 20002, | Civil Action No. 1:07-cv-00508<br>Judge Paul L. Friedman |

1339918.1

|  |  |
|---|---|
| **SHARON COOPER-DELOATCH** <br> in her capacity as Acting Administrator <br> of the Income Maintenance Administration <br> for the District of Columbia <br> 645 H Street, N.E. <br> Washington, D.C. 20002, <br><br> -and- <br><br> **THE DISTRICT OF COLUMBIA** <br> c/o Attorney General for the <br> District of Columbia <br> John A. Wilson Building <br> 1350 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20004, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## Order

Upon consideration of Plaintiffs' Consent Motion for Extension of Time Within Which to Seek Class Certification, the memorandum of points and authorities filed in support thereof, and the entire record in this case, it is, by this Court, this ___ day of _____, 2007,

ORDERED, that the Motion is GRANTED, and it is;

FURTHER ORDERED, that Plaintiffs have until September 15, 2007, to seek certification of a plaintiff class in this action.

                                                     _____
                                                     Judge Paul L. Friedman

1339918.1

Copies to:

Jayme Kantor
Assistant Attorney General
Civil litigation Division – Equity I Section
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
Jayme.Kantor@dc.gov

Denise Baker
Assistant Attorney General
Civil litigation Division – Equity I Section
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
Denise.Baker@dc.gov

Cyril Smith
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
csmith@zuckerman.com

3

1339918.1