IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD JANIGIAN, JR.**, *et al.,*           Plaintiffs<br><br>v.<br><br>**GREGG A. PANE**, *et al.,*           Defendants. | Civil Action No. 1:07-cv-00508<br>Judge Paul L. Friedman |

**CONSENT MOTION FOR EXTENSION OF TIME FOR FILING OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT OR,
IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Pursuant to 7(m) of the Local Rules of Civil Procedure of the U.S. District Court for the District of Columbia, Plaintiffs Richard Janigian, Jr., by his attorney-in-fact Paul Janigian, and Linda Anderson, by her conservator, Kathy Mancusi, hereby move the Court for an extension of time until July 19, 2007, within which to file an Opposition to Defendants' Motion to Dismiss the Complaint or, in the Alternative, Motion for Summary Judgment. Defendants have consented to this motion, and a proposed order is attached.

Dated:     June 27, 2007.                Respectfully submitted,

                                                          /s/
                                           Cyril V. Smith
                                           D.C. Bar No. 413941
                                           ZUCKERMAN SPAEDER LLP
                                           100 East Pratt Street, Suite 2440
                                           Baltimore, Maryland 21202
                                           (410) 332-0444
                                           (Fax) (410) 659-0436

csmith@zuckerman.com

Carlos T. Angulo
D.C. Bar No. 446639
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-5802
(202) 778-1800
(Fax) (202) 822-8106
cangulo@zuckerman.com


Ron M. Landsman
D.C. Bar No. 209452
RON M. LANDSMAN, P.A.
200-A Monroe Street, Suite 110
Rockville, Maryland 20850-4412
(240) 403-4300, ext. 101
(Fax) (240) 403-4301
RML@ronmlandsman.com


René H. Reixach
WOODS OVIATT GILMAN LLP
700 Crossroad Building
2 State St.
Rochester, New York 14614
(585) 987-2858
Fax:  (585) 987-2958
Rreixach@WoodsOviatt.Com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of June, 2007, a true copy of the foregoing Motion and proposed Order were filed electronically with the Court for ECF service upon:

Jayme Kantor  
Assistant Attorney General  
Civil litigation Division – Equity I Section  
441 4th Street, N.W.  
6th Floor South  
Washington, D.C. 20001  
Jayme.Kantor@dc.gov

                                                /s/  
                                         Cyril V. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD JANIGIAN, JR.**, *et al.*, )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>**GREGG A. PANE**, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:07-cv-00508<br>Judge Paul L. Friedman |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time for filing Opposition to Defendants' Motion to Dismiss the Complaint or, in the Alternative, Motion for Summary Judgment (the "Opposition"), the Defendants having consented thereto, and good cause for the relief therein having been shown, it is this ____ day of _____ by the United States District Court for the district of Columbia

ORDERED that the time for Plaintiffs to file their Opposition shall be, and the same hereby is, extended until July 19, 2007.

_____
United States District Judge