IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD JANIGIAN, JR.,** *et al.,* | )<br>)<br>) |
| Plaintiffs | ) Civil Action No. 1:07-cv-00508<br>) Judge Paul L. Friedman |
| v. | ) |
| **GREGG A. PANE**, *et al.,* | ) |
| Defendants. | ) |

## PLAINTIFFS' REQUEST FOR ORAL HEARING

Plaintiffs, by their undersigned counsel, pursuant to Local Rule 7(f), request an oral hearing on Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment.

Dated: August 1, 2007.                    Respectfully submitted,

                                                                   /s/
Cyril V. Smith
D.C. Bar No. 413941
William K. Meyer
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332-0444
(Fax) (410) 659-0436
csmith@zuckerman.com

Carlos T. Angulo
D.C. Bar No. 446639
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-5802

        (202) 778-1800
        (Fax) (202) 822-8106
        cangulo@zuckerman.com

        Ron M. Landsman
        D.C. Bar No. 209452
        RON M. LANDSMAN, P.A.
        200-A Monroe Street, Suite 110
        Rockville, Maryland 20850-4412
        (240) 403-4300, ext. 101
        (Fax) (240) 403-4301
        RML@ronmlandsman.com

        René H. Reixach
        WOODS OVIATT GILMAN LLP
        700 Crossroad Building
        2 State St.
        Rochester, New York 14614
        (585) 987-2858
        Fax:  (585) 987-2958
        Rreixach@WoodsOviatt.Com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2007, a true copy of the foregoing Plaintiffs' Request for Oral Hearing was filed electronically with the Court for ECF service upon:

Jayme Kantor
Assistant Attorney General
Civil litigation Division – Equity I Section
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
Jayme.Kantor@dc.gov

        _____/s/_____
        Cyril V. Smith