AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

RICHARD JANIGIAN, JR., et al.,

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER  1:07-cv-00508

GREGG A. PANE, et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Rene H. Reixach__ as counsel in this
                                 (Attorney's Name)

case for: __Richard Janigian, Jr., et al.__
               (Name of party or parties)

August 1, 2007
Date

*[signature]*
Signature

Pro Hac Vice
BAR IDENTIFICATION

Rene H. Reixach
Print Name

700 Crossroads Building, 2 State Street
Address

Rochester, New York 14614
City     State     Zip Code

(585) 987-2800 / e-mail: RReixach@WoodsOviatt.Com
Phone Number