IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD JANIGIAN, JR.**, *et al.*, | ) <br> ) <br> ) Civil Action No. 1:07-cv-00508 <br> ) Judge Paul L. Friedman |
| Plaintiffs | ) |
| v. | ) |
| **GREGG A. PANE**, *et al.*, | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR RENÉ H. REIXACH

I, Cyril V. Smith, acting pursuant to Local Rule 83.2(d), move the Court to admit René H. Reixach for the limited purpose of appearing and participating in this action as co-counsel with me and in support state as follows:

1. I am a member in good standing of the bar of this Court and the attorney of record in this action for Plaintiffs;

2. Mr. Reixach is a member in good standing of the Bar in the State of New York;

3. Mr. Reixach is a partner in the law firm of Woods Oviatt Gilman LLP and is co-counsel for Plaintiffs in this matter;

4. Mr. Reixach's mailing address is 700 Crossroads Building, 2 State Street, Rochester, New York 14614. His telephone number is (585) 987-2800 and his e-mail address is rreixach@woodsoviatt.com;

A declaration by Mr. Reixach and a proposed order for admitting Mr. Reixach is attached thereto.

Dated:  August 10, 2007                              Respectfully submitted,

                                               /s/
Cyril V. Smith
D.C. Bar No. 413941
William K. Meyer
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332-0444
(Fax) (410) 659-0436
csmith@zuckerman.com

Carlos T. Angulo
D.C. Bar No. 446639
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-5802
(202) 778-1800
(Fax) (202) 822-8106
cangulo@zuckerman.com

Ron M. Landsman
D.C. Bar No. 209452
RON M. LANDSMAN, P.A.
200-A Monroe Street, Suite 110
Rockville, Maryland 20850-4412
(240) 403-4300, ext. 101
(Fax) (240) 403-4301
RML@ronmlandsman.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2007, a true copy of the foregoing Motion for Admission *Pro Hac Vice* for René H. Reixach was filed electronically with the Court for ECF service upon:

Jayme Kantor
Assistant Attorney General
Civil litigation Division – Equity I Section
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
Jayme.Kantor@dc.gov

                                                                           /s/
                                                  Cyril V. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD JANIGIAN, JR., *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> GREGG A. PANE, *et al.*, <br><br> Defendants. | Civil Action No. 1:07-cv-00508 <br> Judge Paul L. Friedman |

## DECLARATION OF RENÉ H. REIXACH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Rene H. Reixach, hereby declare, pursuant to Local Rule 83.2(d), the following facts in support of the Motion for Admission *Pro Hac Vice* submitted by Cyril V. Smith, co-counsel for Plaintiffs, in the above-captioned case:

1. My full name is René Henry Reixach, Jr.;

2. My office address, telephone number and e-mail address are as follows:

    Woods Oviatt Gilman LLP
    700 Crossroads Building
    2 State Street
    Rochester, New York 14614
    (585) 987-2800
    rreixach@woodsoviatt.com;

3. I am a member of good standing of the Bar of the State of New York;

4. I have not been disciplined by that Bar; or by any other bar;

5. I have not been admitted *pro hac vice* in this Court within the last two years;

6. I do not practice law from an office located in the District of Columbia;

{817571:}

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2007

_____
René H. Reixach
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, New York 14614
(585) 987-2800
rreixach@woodsoviatt.com;

{817571:}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD JANIGIAN, JR.,** *et al.,*<br><br>Plaintiffs<br><br>v.<br><br>**GREGG A. PANE**, *et al.*,<br><br>Defendants. | Civil Action No. 1:07-cv-00508<br>Judge Paul L. Friedman |

### ORDER ON MOTION FOR ADMISSION
### *PRO HAC VICE* FOR RENÉ H. REIXACH

On consideration of the Motion for Admission *Pro Hac Vice* for René H. Reixach, filed with this Court by Cyril V. Smith, and for good cause shown, it is hereby

ORDERED, that René H. Reixach be admitted specifically for the limited purpose of appearing and participating in this case as co-counsel for Plaintiffs.

Signed this _____ day of _____, 2007.

_____
HON. PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE