UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICHARD JANIGAN, JR., et al. | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 07-0508 (PLF) |
| GREGORY A. PAYNE, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please ENTER the appearance of Ellen A. Efros, Esquire, Office of the Attorney General for the District of Columbia, as counsel for defendants, District of Columbia, Gregory A. Payne, Robert Cosby, Kate Jesberg, and Sharon Cooper-Deloatch, in the above-captioned matter.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)