UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD JANIGIAN, JR., et. al.** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **THE DISTRICT OF COLUMBIA, et. al.,** ) <br> ) <br> **Defendants.** ) <br> ) <br> _____ ) | Case No.: 07 CV 508 <br> Judge Paul L. Friedman |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SCHEDULING CONFERENCE AND HEARING ON PENDING MOTIONS**

The District of Columbia, its agents and employees, by their attorney the Office of the Attorney General for the District of Columbia, oppose Plaintiff's Motion for Hearing.[1]

1)   Plaintiffs' "request" is a nondispositive motion for a hearing and, as such, Plaintiffs' counsel had a duty to confer under LCvR 7(m). "If a party files a nondispositive motion without certifying its compliance with Rule 7(m), the motion will be denied." *Ellipso, Inc. v. Mann*, 460 F. Supp. 2d 99, 102 (D.D.C. 2006).  Rule 7(m) is not taken lightly by this Court. *D'Onofrio v. Sfx Sports Group*, 2008 U.S. Dist. LEXIS 4252, *6, n.2 (D.D.C. January 23, 2008) (J. Facciola)[2].  Plaintiffs' counsel did not confer with Defendants' counsel before this filing; thus, the Court should summarily deny Plaintiff's request.

---

[1] Defendants note that Plaintiffs have already made the request for a hearing at Docket # 17.
[2] Although the Court in *D'Onofrio* resolved the motion in spite of its lack of adherence to Rule 7(m), it was only due to the excessive discovery problems and delays already present.  No such situation presents here, as the case is still in its infancy with an initial dispositive motion pending and no discovery underway.

2) Plaintiffs' classification of Defendants' "refusal" to meet while its dispositive motion is pending is misleading – a motion to stay discovery and scheduling was filed and fully briefed by September 10, 2007. *Motion* at Docket # 23. There has been no further contact among the parties since then regarding discovery matters. To make it seem like a continuing "refusal" is disingenuous.

3) Plaintiffs' allusion to the urgency of action is unfounded in light of the fact that the problems complained of have been resolved and Plaintiffs have been restored.

4) Plaintiffs' reliance on the Maryland case of *Smith v. McCann*, No. 24-C-05-007421, is misplaced because unlike in that case, the matter here is undisputed – D.C. permits the deduction of pre-eligibility medical expenses with no limitations. *See* Defendants' Motion and Reply, Docket #s 10 and 16. Furthermore, this reference has no bearing on Plaintiffs' instant motion, as it has nothing to do with whether there should be a hearing. Without supplementing their opposition to the dispositive motion, Plaintiffs' citation to this easily distinguishable case in an effort to sway the Court on pending motions, already briefed in their entirety, is inappropriate.

5) Defendants submit that the matters before the Court have been fully briefed on the papers and are sufficient for the Court to rule upon without a hearing.

WHEREFORE, for the reasons stated and the record herein, Defendants respectfully request this Honorable Court deny Plaintiffs' request for hearing. Attached is a proposed order.

Respectfully submitted,

PETER J. NICKLES

Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


____/s/ Ellen A. Efros_____
ELLEN A. EFROS [250746]
Chief, Equity I Section
Civil Litigation Division


___/s/  Jayme B. Kantor_____
Jayme B. Kantor [488502]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6627
F(202) 727-3625

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RICHARD JANIGIAN, JR., et. al.**        )
                                          )
      **Plaintiffs,**          )         Case No.: 07 CV 508
                                          )         **Judge Paul L. Friedman**
      v.                       )
                                          )
**THE DISTRICT OF COLUMBIA, et. al.,**    )
                                          )
      **Defendants.**          )
                                          )
_____)

**ORDER**

Upon consideration of Plaintiffs' Request for a Scheduling Conference and Hearing on Pending Motions, opposition thereto, and the record herein, it is, by this Court on this _____ day of _____, 2008, hereby

    **ORDERED**:   that Plaintiffs' request is **DENIED**.

                                          _____
                                          Judge Paul L. Friedman

Copies to:

All counsel of record