IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD JANIGIAN, JR., et al., <br><br> Plaintiffs <br><br> v. <br><br> CARLOS CANO, et al., <br><br> Defendants. | Civil Action No. 1:07-cv-00508 <br> Judge Paul L. Friedman |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR WILLIAM K. MEYER

I, Cyril V. Smith, acting pursuant to Local Rule 83.2(d), move the Court to admit William K. Meyer for the limited purpose of appearing and participating in this action as co-counsel with me and in support state as follows:

1. I am a member in good standing of the bar of this Court and the attorney of record in this action for Plaintiffs.

2. Mr. Meyer is a member in good standing of the Bar in the State of Maryland.

3. Mr. Meyer is an associate in the law firm in which I am a partner, Zuckerman Spaeder LLP, and is working with me in this matter.

4. Mr. Meyer's mailing address is 100 East Pratt Street, Suite 2440, Baltimore, MD 21202. His telephone number is (410) 332-1240 and his e-mail address is wmeyer@zuckerman.com.

5. A declaration by Mr. Meyer and a proposed order for admitting Mr. Meyer is attached thereto.

WHEREFORE movant respectfully requests that this Court grant the Motion for Admission *Pro Hac Vice* of William K. Meyer.

Dated: February 6, 2008                                  Respectfully submitted,


/s/
Cyril V. Smith
D.C. Bar No. 413941
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332-0444
(Fax) (410) 659-0436
csmith@zuckerman.com

Ron M. Landsman
D.C. Bar No. 209452
RON M. LANDSMAN, P.A.
200-A Monroe Street, Suite 110
Rockville, Maryland 20850-4412
(240) 403-4300, ext. 101
(Fax) (240) 403-4301
RML@ronmlandsman.com

René H. Reixach
WOODS OVIATT GILMAN LLP
700 Crossroad Building
2 State St.
Rochester, New York 14614
(585) 987-2858
Fax: (585) 987-2958
Rreixach@WoodsOviatt.Com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2008, a true copy of the foregoing Motion for Admission *Pro Hac Vice* for William K. Meyer was filed electronically with the Court for ECF service upon:

Jayme Kantor
Assistant Attorney General
Civil litigation Division – Equity I Section
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
Jayme.Kantor@dc.gov

                                                     /s/
                                       Cyril V. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD JANIGIAN, JR., *et al.*, )<br>)<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>CARLOS CANO, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-cv-00508<br>Judge Paul L. Friedman |

ORDER ON MOTION FOR ADMISSION
*PRO HAC VICE* FOR WILLIAM K. MEYER

On consideration of the Motion for Admission *Pro Hac Vice* for William K. Meyer, filed with this Court by Cyril V. Smith, and for good cause shown, it is hereby

ORDERED, that William K. Meyer be, and the same hereby is, admitted specifically for the limited purpose of appearing and participating in this case as co-counsel for Plaintiffs.

Signed this ____ day of _____, 2008.

_____
HON. PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD JANIGIAN, JR., *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> CARLOS CANO, *et al.*, <br><br> Defendants. | Civil Action No. 1:07-cv-00508 <br> Judge Paul L. Friedman |

### DECLARATION OF RENÉ H. REIXACH IN
### SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, William K. Meyer, hereby declare, pursuant to Local Rule 83.2(d), the following facts in support of the Motion for Admission *Pro Hac Vice* submitted by Cyril V. Smith, co-counsel for Plaintiffs, in the above-captioned case:

1. My full name is William Kenneth Meyer;

2. My office address, telephone number and e-mail address are as follows:

    Zuckerman Spaeder LLP
    100 East Pratt Street
    Suite 2440
    Baltimore, MD 21202
    (410) 332-1240
    wmeyer@zuckerman.com

3. I am a member of good standing of the Bar of the State of Maryland;

4. I have not been disciplined by that Bar, or by any other bar;

5. I have not been admitted *pro hac vice* in this Court within the last two years;

6. I do not practice law from an office located in the District of Columbia;

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2008

*William K. Meyer*
William K. Meyer
Zuckerman Spaeder LLP
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
(410) 332-1240
wmeyer@zuckerman.com