**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RICHARD JANIGIAN, JR.,** *et al.,*<br><br>Plaintiffs<br><br>v.<br><br>**CARLOS CANO**, *et al.,*<br><br>Defendants. | Civil Action No. 1:07-cv-00508<br>Judge Paul L. Friedman<br><br><u>Next Event</u>:  None Scheduled |

**JOINT STATEMENT REQUESTED BY
<u>ORDER DATED JULY 21, 2008</u>**

The parties submit this joint statement as directed:

Counsel for Defendants contacted Plaintiffs' counsel on June 27, 2007 to provide the opportunity to accept, on their clients' behalf, the reimbursement checks from the Medical Assistance Administration ("MAA") made payable to Mr. Janigian and Ms. Anderson ("Plaintiffs").  Plaintiffs' counsel was informed that if they declined, the checks would be mailed to the recipients from the MAA.  Plaintiffs' counsel declined to accept the checks and objected to Defendants' proposal to send the checks to the Plaintiffs.

Defendants then mailed the checks directly to the Plaintiffs under letters dated July 11, 2007.  The Plaintiffs also declined to negotiate the checks or present them for payment, and forwarded the checks to Plaintiffs' counsel for safekeeping.  Plaintiffs' counsel subsequently returned the checks to Defendants – uncashed -- on July 22, 2008.

1891968.1

                                                Respectfully submitted,

Dated: July 23, 2008

                                                _____/s/_____

Cyril V. Smith
D.C. Bar No. 413941
William K. Meyer
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332-0444


                                                _____/s/_____

Jayme Kantor
Assistant Attorney General
Civil litigation Division – Equity I Section
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001

1891968.1