UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD JANIGIAN, JR., et. al.** ) | |
| ) | |
| Plaintiffs, ) | Case No.: 07 CV 508 |
| ) | Judge Paul L. Friedman |
| v. ) | |
| ) | |
| **THE DISTRICT OF COLUMBIA, et. al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

**DEFENDANTS' CONSENT MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AFFIDAVITS IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Pursuant to F.R.Civ.P. 6(b)(1), Defendants, through the undersigned counsel, respectfully request an enlargement of time to respond to Plaintiffs' Motion for Leave to file affidavits in opposition to the pending Defendants' dispositive motions for the reasons stated:

1. Plaintiffs filed the instant Motion for Leave with two affidavits in opposition to pending dispositive motions which allege facts that Defendants need additional time to investigate.

2. Defendants request only a brief extension to the eleven-day response date, which would be August 28, 2008 (August 25, 2008, plus three-day mailbox rule) in order to conduct a limited investigation into the allegations in the second affidavit. Plaintiffs consent to an extension to September 15, 2008.

WHEREFORE, Defendants respectfully request until September 15, 2008, to file their response to Plaintiffs' Motion for Leave to File Affidavits.

    Respectfully submitted,

    PETER J. NICKLES
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    ___/s/ Ellen A. Efros_____
    ELLEN A. EFROS [250746]
    Chief, Equity I Section
    Civil Litigation Division

    __/s/ Jayme B. Kantor_____
    Jayme B. Kantor [488502]
    Assistant Attorney General
    441 4th Street, N.W.
    6th Floor South
    Washington, D.C. 20001
    P(202) 724-6627
    F(202) 727-3625

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RICHARD JANIGIAN, JR., et. al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | Case No.: 07 CV 508 |
| | ) | Judge Paul L. Friedman |
| v. | ) | |
| | ) | |
| **THE DISTRICT OF COLUMBIA, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION TO ENLARGE TIME
TO RESPOND PLAINTIFFS' MOTION FOR LEAVE TO FILE AFFIDAVITS**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

3. The record herein.

4. Consent of the parties.

                                               Respectfully submitted,

                                               PETER J. NICKLES
                                               Acting Attorney General for the District of
                                               Columbia

                                               GEORGE C. VALENTINE
                                               Deputy Attorney General
                                               Civil Litigation Division


                                               ___/s/ Ellen A. Efros_____
                                               ELLEN A. EFROS [250746]
                                               Chief, Equity I Section
                                               Civil Litigation Division

        /s/ Jayme B. Kantor
Jayme B. Kantor [488502]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6627
F(202) 727-3625

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RICHARD JANIGIAN, JR., et. al.**        )
                                           )
      **Plaintiffs,**        )        Case No.: 07 CV 508
                                           )        Judge Paul L. Friedman
      **v.**                 )
                                           )
**THE DISTRICT OF COLUMBIA, et. al.,**  )
                                           )
      **Defendants.**        )
                                           )
_____)

**ORDER**

Upon consideration of the Defendants' Consent Motion to Enlarge Time to File Response to Plaintiffs' Motion for Leave to File Affidavits, the memorandum of points and authorities filed in support thereof, and the entire record in this matter, it is, by the Court, this _____ day of _____, 2008,

    **ORDERED**: that the Motion is **GRANTED**, and it is;

    **FURTHER ORDERED**: that the Defendants have until <u>September 15, 2008</u>, to respond to the motion.

                                        _____
                                        Judge Paul L. Friedman

Copies to:

Jayme Kantor
Assistant Attorney General
Civil Litigation Division—Equity I Section
441 4th Street, N.W.
6th Floor, South
Washington, D.C. 20001
Jayme.Kantor@dc.gov

Cyril Smith, Esq.
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
csmith@zuckerman.com